[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13391
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 20, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 91-00301-CR-T-17MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD EUGENE MATHIS,
a.k.a. Romeo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 20, 2009)

Before BLACK, BARKETT and HULL, Circuit Judges

PER CURIAM:

Leonard E. Clark, appointed counsel for Ronald Mathis in this appeal of the

denial of a motion for a reduced sentence, 18 U.S.C. § 3282(c)(2), has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Mathis's 18 U.S.C. § 3582 motion is **AFFIRMED**.